UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYRON GUSTAVO VILLAVICENCIO ESTRADA,

                    Petitioner,

-*against*-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

                    Respondents.

**ORDER**
26-cv-00929 (ER)

---

EDGARDO RAMOS, United States District Judge:

      Byron Gustavo Villavicencio Estrada (the "Villavicencio Estrada"), through counsel, filed an amended petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (the "Petition) on February 3, 2026.[1] Doc. 4.

      On February 3, 2026, the Court ordered the Respondents to file a letter indicating, *inter alia*, (1) whether the Petitioner was located in the Southern District of New York at the time that the Petition was filed, (2) the statutory provision(s) under which the Respondents assert the authority to detain the Petitioner, and (3) whether there is any basis to distinguish this case from *Liu v. Almodovar et al.*, 25-cv-9256 (S.D.N.Y. December 2, 2025). Doc. 6.

---

[1] Due to a docketing error, Villavicencio Estrada subsequently filed a second amended petition on February 4, 2026, Doc. 7, which is identical to the amended petition.

The Respondents filed the response letter on February 5, 2026. Doc. 9. In the letter, the Respondents concede that venue is proper because the Petitioner was in the Southern District of New York when the Petition was filed. *Id.* at 1. The Respondents also assert that the basis for the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and that the "case is not materially distinguishable from the facts and legal issues presented in the Court's decision in *Lui v. Almodovar, et al.*, No. 25-cv-9256 (ER) (S.D.N.Y. Dec. 2, 2025)." *Id.* Thus, while the Respondents "respectfully disagree with the Court's decision in *Liu*," they "acknowledge that the *Liu* decision would control the result in this case if the Court adheres to its prior decision." *Id.* at 2. The Respondents do not raise any arguments for departing from *Liu*, but rather note that "[t]he Court resolved this identical issue in *Liu*" and "believe the Court can decide this matter without further briefing." *Id.*

Having been presented with no additional arguments for deviating from *Liu*, the Court therefore GRANTS the Petition for the reasons set forth therein. The Respondents are thereby ORDERED to immediately release Villavicencio Estrada from custody and certify compliance with the Court's order by filing an entry on the docket no later than February 6, 2026, at 9:30 a.m.

Dated:   February 5, 2026
         New York, New York

                                          _____
                                          EDGARDO RAMOS
                                          United States District Judge