UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON GUSTAVO VILLAVICENCIO ESTRADA,

Petitioner,

*-against-*

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

**ORDER**
26-cv-00929 (ER)

EDGARDO RAMOS, United States District Judge:

Byron Gustavo Villavicencio Estrada ("Villavicencio Estrada"), through counsel, filed an amended petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (the "Petition) on February 3, 2026.[1] Doc. 4. On February 5, 2026, the Court granted the petition and ordered the release of Villavicencio Estrada. Doc. 10. On February 6, 2026, the Respondents confirmed that Villavicencio Estrada was released. Doc. 11. Accordingly, the Clerk of the Court is respectfully directed to close the case.

[1] Due to a docketing error, Villavicencio Estrada subsequently filed a second amended petition on February 4, 2026, Doc. 7, which is identical to the amended petition.

SO ORDERED.

Dated: October 23, 2026
New York, New York



EDGARDO RAMOS
United States District Judge