**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

BYRON GUSTAVO VILLAVICENCIO ESTRADA,

Petitioner,

-against-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

---------------------------------------------------------X

26 **CIVIL** 929 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2026, Byron Gustavo Villavicencio Estrada ("Villavicencio Estrada"), through counsel, filed an amended petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (the "Petition) on February 3, 2026. 1 Doc. 4. On February 5, 2026, the Court granted the petition and ordered the release of Villavicencio Estrada. Doc. 10. On February 6, 2026, the Respondents confirmed that Villavicencio Estrada was released; accordingly, the case is closed.

**DATED:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**